IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE MITRE CORPORATION, THE BOARD OF TRUSTEES OF THE MITRE CORPORATION, THE INVESTMENT ADVISORY COMMITTEE OF THE MITRE CORPORATION and JOHN DOES 1-30,<br><br>    Defendants. | Case No. 1:21-cv-11605-RGS |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. P. 12(b)(1)**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants The MITRE Corporation, The Board of Trustees of the MITRE Corporation, and The Investment Advisory Committee of the MITRE Corporation (collectively, "Defendants") hereby move to dismiss the Complaint filed by Plaintiff Aaron Brown in the above-captioned matter for lack of Article III constitutional standing. In support of this Motion, Defendants submit herewith the accompanying memorandum of law and exhibits.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this Motion.

\*   \*   \*

WHEREFORE, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiff's Complaint for lack of subject matter jurisdiction.

Dated: March 4, 2022

Respectfully submitted,

/s/ *Keri L Engelman*
Keri L. Engelman, BBO # 704360
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7828
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

Jeremy Blumenfeld (admitted *pro hac vice*)
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5258
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel for Defendants hereby certifies that she conferred with counsel for Plaintiff regarding Defendants' foregoing motion to dismiss under Fed. R. Civ. P. 12(b)(1). Plaintiff's counsel indicated that they do not consent.

/s/ *Keri L Engelman*
Keri L. Engelman

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF filing system.

/s/ *Keri L Engelman*
Keri L. Engelman