UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Aaron Brown
*individually and on behalf of all others similarly situated*

    Plaintiff

  v.                                    Civil Action No. 1:21-11605-RGS

The MITRE Corporation, et al.

    Defendants

## ORDER OF DISMISSAL

April 28, 2022

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt # 32] issued on April 28, 2022, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

                                                      By the court,

                                                      /s/ Arnold Pacho
                                                      Deputy Clerk